IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANICE KEEN,<br>    Plaintiff,<br>v.<br>TEVA SALES AND MARKETING, INC.,<br>a Delaware corporation,<br>    Defendant. | No.   14 C 9626 and 16 C 9964<br>The Honorable Ruben Castillo,<br>Chief Judge Presiding |

**NOTICE OF SUBPOENAS FOR RECORDS ONLY**

To:   Larry J. Rappoport                      Scott A. Schaefers
       Stevens & Lee, P.C.                     Brotschul Potts LLC
       1818 Market Street, 29th Floor        30 N. LaSalle St., Ste. 1402
       Philadelphia, PA 19103                Chicago, IL 60602

    You are hereby notified pursuant to the provisions of the Federal Rules of Civil Procedure including Rule 45, that plaintiff will subpoena the following deponents to produce records only to the Law Offices of Edward R. Theobald, 135 S. LaSalle Street, Chicago, IL pursuant to the attached subpoenas on the following date:

| Deponents | Date | Time |
|---|---|---|
| Sentry Insurance | December 1, 2016 | 9:00 a.m. |
| Scott Insurance | December 1, 2016 | 9:00 a.m. |
| Travelers Insurance | December 1, 2016 | 9:00 a.m. |
| Aon Hewitt LLC | December 1, 2016 | 9:00 a.m. |
| ExamWorks, Inc. | December 1, 2016 | 9:00 a.m. |
| OnSite Innovations | December 1, 2016 | 9:00 a.m. |

DATED: 11/15/16

*/s/ Edward R. Theobald*
Edward R. Theobald, attorney for plaintiff

**Certificate of Service**

    I, Edward Theobald, an attorney, certify that I served the above attorneys with Plaintiff's Notice of Subpoenas by delivering same to FedEx, a third party commercial carrier on 11/15/16 enclosed in envelopes addressed to Larry J. Rappoport and Scott A. Schaefers, for overnight personal service delivery, with delivery charges fully prepaid.

*/s/ Edward R. Theobald*
Edward R. Theobald, attorney for plaintiff

Law Offices of Edward R. Theobald
135 S. LaSalle Street, Suite 1920
Chicago, IL 60603
(312) 346-9246

**EXHIBIT A**