# FedEx Shipment 777721377794 Delivered

TrackingUpdates@fedex.com

Wed 11/16/2016 12:48 PM



## Your package has been delivered
Tracking # 777721377794

**Ship date:**
Tue, 11/15/2016

**Edward Theobald**
Chicago, IL 60603
US


Delivered

**Delivery date:**
Wed, 11/16/2016 1:46 pm

**Larry J. Rappoport**
Stevens & Lee, P.C.
1818 Market Street 29th Floor
PHILADELPHIA, PA 19103
US

### Personalized Message
Notice of Subpoenas to Mr. Rappoport.

### Shipment Facts
Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 777721377794 |
| Status: | Delivered: 11/16/2016 1:46 PM Signed for By: K.KAELIN |
| Reference: | Janice Keen |
| Signed for by: | K.KAELIN |
| Delivery location: | PHILADELPHIA, PA |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |
| Standard transit: | 11/16/2016 by 3:00 pm |

### This tracking update has been requested by:
| | |
|---|---|
| Name: | Edward Theobald |
| Email: | bears51@aol.com |

| | |
|---|---|
| Subj: | FedEx Shipment 777726899202 Delivered |
| Date: | 11/17/2016 11:22:10 A.M. Central Standard Time |
| From: | TrackingUpdates@fedex.com |
| Reply-to: | trackingmail@fedex.com |
| To: | bears51@aol.com |

## Your package has been delivered

Tracking # 777726899202

**Ship date:**
Wed, 11/16/2016

**Edward Theobald**
Chicago, IL 60603
US


Delivered

**Delivery date:**
Thu, 11/17/2016 12:15 pm

**Scott Insurance**
SCOTT INSURANCE
1700 Bayberry Court Suite 200
RICHMOND, VA 23226
US

### Personalized Message
Subpoena to Scott Insurance

### Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 777726899202 |
| Status: | Delivered: 11/17/2016 12:15 PM Signed for By: L.LEWIS |
| Reference: | Janice Keen |
| Signed for by: | L.LEWIS |
| Delivery location: | RICHMOND, VA |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |
| Standard transit: | 11/17/2016 by 3:00 pm |

### This tracking update has been requested by:

| | |
|---|---|
| Name: | Edward Theobald |
| Email: | bears51@aol.com |

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:21 AM CST on 11/17/2016.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

This tracking update has been sent to you by FedEx on behalf of the Requestor bears51@aol.com. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update.

**EXHIBIT B**