**Donna Montagna**

| | |
|---|---|
| From: | Debbie Smith [dsmith@scottins.com] |
| Sent: | Monday, March 05, 2012 4:30 PM |
| To: | Marion Boyle; Donna Montagna |
| Subject: | Travelers EKU9348 Cephalon Janice Keen-CNS Sales |
| Attachments: | image001.jpg; image002.jpg; image003.jpg |

FYI...See below and note this is another Ceph open WC claim -still employed. I don't think you need to do anything at this time, but just as a notice- she is litigating neck/shoulder.

Debbie Smith
Risk Performance Specialist
Scott Risk Capital
1700 Bayberry Court Suite 200
Richmond, VA 23226
Phone 804 545 2220
Fax 434 455 8948

*"Please note, no coverage can be bound, altered or terminated nor can a claim be reported via telephone or e-mail message unless we respond with a confirmation."*

**From:** Debbie Smith
**Sent:** Monday, March 05, 2012 4:28 PM
**To:** 'RRINTOUL@travelers.com'
**Subject:** Travelers EKU9348 Cephalon Janice Keen-CNS Sales

Rachel,

Please note I am the claims contact/broker of record on all Cephalon WC claims. Cephalon was recently acquired by Teva Pharmaceuticals who have taken over the financial responsibility of these claims.

This claim appears to be litigated over a dispute on the relationship of her unauthorized Rt shoulder decompression and Rating post MVA.

Per the updated instructions, please notify myself and Marion Boyle at Teva regarding and settlement discussions, and copy us on pertinent defense communications. As this is a large deductible program, and she remains employed, we want to be aware and concur on settlements.

Please advise if there is any 3rd party subrogation for this claim.

Regards,



**EXHIBIT F**

KEEN000305

is this resolved?

Marion Boyle
Senior Manager, Health & Wellness
Teva Pharmaceuticals, North America
1090 Horsham Rd
PO Box 1090
North Wales, PA 19454

****Note new email marion.boyle@tevapharm.com

Office  215 591 8508
Cell    267 328 7159
Fax    215 591 8829

---

**From:** Robert Bobrowski
**Sent:** Wednesday, June 20, 2012 3:30 PM
**To:** Donna Montagna; Susan Duff
**Cc:** Tara Flagg; Scott Bischoff; Debbie Smith; Marion Boyle
**Subject:** RE: eComm DENY_STD JANICE KEEN TEVA PHARMACEUTICAL USA, INC.

Susan
Would you please confirm that she is FML covered during this absence.
Thanks
Rob


Rob Bobrowski|Sr. Director HR US Brands|O- 610-883-5866|C-610-457-5388

---

**From:** Donna Montagna
**Sent:** Wednesday, June 20, 2012 3:27 PM
**To:** Susan Duff
**Cc:** Tara Flagg; Scott Bischoff; Debbie Smith; Robert Bobrowski; Marion Boyle
**Subject:** RE: eComm DENY_STD JANICE KEEN TEVA PHARMACEUTICAL USA, INC.

I have no record or report of injury for this employee. I do know that she had an injury on **11/19/2010** while employed at Cephalon in West Chester.

---

**From:** Susan Duff
**Sent:** Wednesday, June 20, 2012 2:03 PM
**To:** Donna Montagna
**Cc:** Tara Flagg
**Subject:** FW: eComm DENY_STD JANICE KEEN TEVA PHARMACEUTICAL USA, INC.

Hi Donna
Please see below denial due to a work related injury.
Thanks
Susan


**Susan Duff**
Benefits Specialist
Tel: 267-468-4080
Susan.Duff@tevapharm.com

**To:** Donna Montagna; Susan Duff
**Cc:** Tara Flagg; Scott Bischoff; Debbie Smith; Marion Boyle
**Subject:** RE: eComm DENY_STD JANICE KEEN TEVA PHARMACEUTICAL USA, INC.

Susan
Would you please confirm that she is FML covered during this absence.
Thanks
Rob

Rob Bobrowski|Sr. Director HR US Brands|O- 610-883-5866|C-610-457-5388

---

**From:** Donna Montagna
**Sent:** Wednesday, June 20, 2012 3:27 PM
**To:** Susan Duff
**Cc:** Tara Flagg; Scott Bischoff; Debbie Smith; Robert Bobrowski; Marion Boyle
**Subject:** RE: eComm DENY_STD JANICE KEEN TEVA PHARMACEUTICAL USA, INC.

I have no record or report of injury for this employee. I do know that she had an injury on **11/19/2010** while employed at Cephalon in West Chester.

---

**From:** Susan Duff
**Sent:** Wednesday, June 20, 2012 2:03 PM
**To:** Donna Montagna
**Cc:** Tara Flagg
**Subject:** FW: eComm DENY_STD JANICE KEEN TEVA PHARMACEUTICAL USA, INC.

Hi Donna
Please see below denial due to a work related injury.
Thanks
Susan

Susan Duff
Benefits Specialist
Tel: 267-468-4080
Susan.Duff@tevapharm.com

---

**From:** Jackie.Morrissey@matrixcos.com [mailto:Jackie.Morrissey@matrixcos.com]
**Sent:** Wednesday, June 20, 2012 12:52 PM
**To:** Jackie.Morrissey@matrixcos.com; Laurette.ONeil@matrixcos.com; Sophia.Alonzo@matrixcos.com; Joan.Scott-Monck@matrixcos.com; MyTevaBenefits; Tara Flagg; Susan Duff; Jackie.Morrissey@matrixcos.com; Laurette.ONeil@matrixcos.com; Frank.Malizia@matrixcos.com; Susan Duff; mytevabenefits@tevapharm.com
**Cc:** Jackie.Morrissey@matrixcos.com
**Subject:** eComm DENY_STD JANICE KEEN TEVA PHARMACEUTICAL USA, INC.

eComm # 6008094 : DENY_STD ; 06/20/2012 09:35:44 PST
Sent To:
Jackie.Morrissey@matrixcos.com, Laurette.ONeil@matrixcos.com, Sophia.Alonzo@matrixcos.com, Joan.Scott-Monck@matrixcos.com, MyTevaBenefits@tevausa.com, tara.flagg@tevausa.com, susan.duff@tevapharm.com, Jackie.Morrissey@matrixcos.com, Laurette.ONeil@matrixcos.com, Frank.Malizia@matrixcos.com, susan.duff@tevapharm.com, mytevabenefits@tevapharm.com

KEEN00879

## Susan Duff

**From:** Tara Flagg
**Sent:** Wednesday, July 11, 2012 9:34 AM
**To:** Marion Boyle; Robert Bobrowski; Donna Montagna; Susan Duff
**Cc:** Scott Bischoff; Debbie Smith
**Subject:** RE: eComm DENY_STD JANICE KEEN TEVA PHARMACEUTICAL USA, INC.

Hello Marion,

Janice's STD claim was denied as she reported it is a work related injury. We are only tracking her for FML.

**From:** Frank Malizia [mailto:Frank.Malizia@matrixcos.com]
**Sent:** Wednesday, June 13, 2012 9:31 AM
**To:** Scott Bischoff; Tara Flagg; Susan Duff; MyTevaBenefits; Tara Flagg; Susan Duff
**Subject:** UPDATED FMLA CONTINUOUS Leave approval: Teva employee Janice Keen

\*\*\*Confirmed EE worked on 6/12/12. Approval dates amended\*\*\*

Janice Keen's leave of absence has been approved from 06/13/2012 to 09/04/2012 under the following policies:

Family and Medical Leave Act: Approved from 06/13/2012 to 09/04/2012
Family and Medical Leave Act: Exhausted as of 09/05/2012

Reason for leave: OWN
Notification Date: 05/11/2012
Last planned absence date: 09/05/2012
Employee's Location:

You are being sent this message as an FYI only. No action from you or your employee is required.

Regards,

Tara M. Flagg
Benefits Specialist
Teva Pharmaceuticals
215-641-6992 (P)
215-591-8802 (F)
*tara.flagg@tevapharm.com*

**From:** Marion Boyle
**Sent:** Wednesday, July 11, 2012 7:54 AM
**To:** Robert Bobrowski; Donna Montagna; Susan Duff
**Cc:** Tara Flagg; Scott Bischoff; Debbie Smith
**Subject:** RE: eComm DENY_STD JANICE KEEN TEVA PHARMACEUTICAL USA, INC.

is this resolved?

1

Janice Keen v. TEVA
14 C 09626

JK001212

| | |
|---|---|
| **From:** | Donna Montagna <IMCEAEX-_O=TEVA_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=DMONTAGN@tevapharm.com> |
| **Sent:** | Friday, July 13, 2012 7:15 AM |
| **To:** | Marion Boyle; Debbie Smith |
| **Cc:** | Tara Flagg; Scott Bischoff; Susan Duff; Robert Bobrowski |
| **Subject:** | FW: request for disability accommodations - Janice Keen |
| **Attachments:** | image001.png; image002.jpg |

See below communication from March. I did not receive any documents supporting a need for accommodation.

**From:** Donna Montagna
**Sent:** Friday, March 30, 2012 3:32 PM
**To:** Debbie Smith
**Subject:** FW: request for disability accommodations - Janice Keen
**Importance:** High

The only concern at the current time is that she is requesting an accommodation. (see below) I spoke with Pina Danielle in HR who told me that she went out on LOA 10/11/11 for RTCR. She was released on 12/6/11 and returned on 12/22/11. She has been paid for time since she was released until she her actual rtw on 12/26/11. According to Bernadette she was released to her regular job, reg shift and pay without impairment and she has also made some requests/demands for IPad and new car. Has a personal/professional history with her provider as well.

I spoke with someone in Dr. Ho's office to verify her return to work restrictions as they had expired on 3/1/12. The office told me that she was released to normal activities on 3/14/12 and she was to continue with a HEP. I requested they complete an updated PCC and faxed that to them on 3/21/12. No update received.

I may have one or two emails and I will forward as well.

**From:** Robert Bobrowski
**Sent:** Wednesday, March 21, 2012 12:28 PM
**To:** Donna Montagna
**Subject:** FW: request for disability accommodations

Hello Donna

Here is email on request.

Regards

Rob

Office - 610.883.5866

1

KEEN000924

| | |
|---|---|
| **From:** | Debbie Smith <dsmith@scottins.com> |
| **Sent:** | Wednesday, July 11, 2012 9:10 AM |
| **To:** | Marion Boyle; Robert Bobrowski; Donna Montagna; Susan Duff |
| **Cc:** | Tara Flagg; Scott Bischoff |
| **Subject:** | RE: eComm DENY_STD JANICE KEEN TEVA PHARMACEUTICAL USA, INC. |
| **Attachments:** | image001.png |

Marion,

I can advise no disability is being paid nor claimed at this time under the WC claim. All ongoing disability and treatment is denied under that WC claim from Nov 2010.


Debbie Smith
Risk Performance Specialist
Scott Risk Capital
1700 Bayberry Court Suite 200
Richmond, VA 23226
Phone 804 545 2220
Fax 434 455 8948

*"Please note, no coverage can be bound, altered or terminated nor can a claim be reported via telephone or e-mail message unless we respond with a confirmation."*

---

**From:** Marion Boyle [mailto:Marion.Boyle@tevapharm.com]
**Sent:** Wednesday, July 11, 2012 7:54 AM
**To:** Robert Bobrowski; Donna Montagna; Susan Duff
**Cc:** Tara Flagg; Scott Bischoff; Debbie Smith
**Subject:** RE: eComm DENY_STD JANICE KEEN TEVA PHARMACEUTICAL USA, INC.

is this resolved?


Marion Boyle
Senior Manager, Health & Wellness
Teva Pharmaceuticals, North America
1090 Horsham Rd
PO Box 1090
North Wales, PA 19454

****Note new email marion.boyle@tevapharm.com

Office 215 591 8508
Cell    267 328 7159
Fax    215 591 8829

---

**From:** Robert Bobrowski
**Sent:** Wednesday, June 20, 2012 3:30 PM

1

KEEN00878

[mailto:RRINTOUL@travelers.com]
**Sent:** Wednesday, January 30, 2013 12:10 PM
**To:** Donna Montagna; Susan Duff; Robert Bobrowski; Marion Boyle; Diane Rohach; Debbie Smith; Tara Flagg
**Subject:** RE: Janice Keen

Her attorney sent me a CD of medical records, but none of the records were regarding her current disability or current treatment. So there is no change on my end.

Rachael Rintoul

Return-to-Work Case Manager

Travelers Naperville Claim Center

PO Box 3205

Naperville, IL 60566-7205

Phone: 630 961-8768

Fax: 877-786-5567

E-mail: rrintoul@travelers.com

Please visit our injured worker web site, www.myWCinfo.com, for more information on Workers Compensation, or to obtain status information on your claim.

If further assistance is required, please contact my manager at adwynn@travelers.com

**From:** Donna Montagna [mailto:Donna.Montagna@tevapharm.com]
**Sent:** Wednesday, January 30, 2013 11:07 AM
**To:** Susan Duff; Robert Bobrowski; Marion Boyle; Diane Rohach; Debbie Smith; Tara Flagg
**Cc:** Rintoul,Rachael L
**Subject:** Janice Keen

Good Afternoon Everyone,

I spoke with Janice this morning. She told me that her current disability is related to the 11/19/10 work comp claim. She returned to her surgeon yesterday and is not ready to return to work at this time. She has a follow up in 6 weeks. She said she is submitting her medicals to her personal insurance. When I explained that as of last week nothing had been received regarding her WC claim, she told me that her attorney called Rachael Rintoul at Travelers and that "papers" were filed on or around 1/17/13 and that her attorney was waiting for a response.

Rachael, please advise any update on claim status. Has a formal denial for WC disability been issued?

Best Regards,

Donna Montagna, RN, BSN

Workers' Compensation Case Manager

Teva Pharmaceuticals

1090 Horsham Road

PO Box 1090

I have not received any written requests or petitions

A denial letter was sent to her attorney on 4/22/11 after the first IME advising no additional medical or indemnity benefits would be paid.

Rachael Rintoul

Return to-Work Case Manager

Travelers Naperville Claim Center

PO Box 3205

Naperville, IL 60566-7205

Phone: 630-961-8758

Fax: 877 786 5567

E-mail: rrintou@travelers.com

Please visit our injured worker web site, www.myWCinfo.com, for more information on Workers Compensation. or to obtain status information on your claim.

If futher assistance is required, please contact my manager at adwynn@travelers.com

**From:** Debbie Smith [mailto:osmith@scottins.com]
**Sent:** Wednesday, January 30, 2013 12:34 PM
**To:** Rintoul,Rachael L; Donna Montagna; Susan Duff; Robert Bobrowski; Marion Boyle; Diane Rohach; Tara Flagg
**Subject:** RE: Janice Keen

Rachel,

Her Attorney has made no written request or petition for resumed disability ?

I presume she just needs something from Travelers saying TTD is denied, however it is understood you can't deny something that has not been claimed

Thanks!

Debbie Smith

Risk Performance Specialist

Scott Risk Capital

1700 Bayberry Court Suite 200

Richmond, VA 23226

Phone 804 545 2220

Fax 434 455 8948

*Please note, no coverage can be bound, altered or terminated nor can a claim be reported via telephone or e-mail message unless we respond with confirmation.

Janice Keen v. TEVA
14 C 09626

JK000204

**Donna Montagna**

| | |
|---|---|
| From: | Gilbert Grayson [Grayson.Gilbert@sentry.com] |
| Sent: | Wednesday, February 05, 2014 4:16 PM |
| To: | Donna Montagna |
| Cc: | dsmith@scottins.com |
| Subject: | Janice Keen, Claim #55C116005 |

Donna,

Please be advised that I have been reassigned to the claim. Debbie has asked me that prior to completed a statement we were awaiting Mike's statement. Once you are able to obtain that from him please forward to my attention. Should you have any questions prior please feel free to contact me.

Thank you,

*Grayson Gilbert, MBA*

Claims Representative Senior, Worker's Compensation
Sentry Insurance
P.O. Box 8032
Stevens Point, WI 54481
Toll Free: 800-739-3344 Ext. 3469006
Direct: 715-346-9006
Fax: 715-346-9708
grayson.gilbert@sentry.com

Please contact the following for referrals:
Billing questions: 800-739-3344 x3469400
Physical Therapy: Coventry Workers' Services: 888-852-2040 / mosaicreferral@cvty.com
Transportation: Homelink: 866-279-8363 / homelinkworkcomp@vgm.com
Pharmacy: Healthesystems: 800-758-5779 (Bin #: 012874)
Diagnostics: One Call Care Management: 800-872-2875 / Fax # 866-632-2161 / referrals@onecallcm.com
Durable Medical Equipment, Electrotherapy Equipment, Home Health and Orthodics/Prosethics: Homelink: 866-279-8363 / homelinkworkcomp@vgm.com

This e-mail is confidential. If you are not the intended recipient, you must not disclose or use the information contained in it. If you have received this e-mail in error, please tell us immediately by return e-mail to Email Control@sentry.com. and delete the document.

E-mails containing unprofessional, discourteous or offensive remarks violate Sentry policy. You may report employee violations by forwarding the message to Email Control@sentry.com.

No recipient may use the information in this e-mail in violation of any civil or criminal statute. Sentry disclaims all liability for any unauthorized uses of this e-mail or its contents.

This e-mail constitutes neither an offer nor an acceptance of any offer. No contract may be entered into by a Sentry employee without express approval from an authorized Sentry manager.

Warning: Computer viruses can be transmitted via e-mail. Sentry accepts no liability or responsibility for any damage caused by any virus transmitted with this e-mail.

KEEN000356

**From:** Matthew Muller
**Sent:** Thursday, May 21, 2015 11:30 AM
**To:** dsmith@scottins.com
**Cc:** Mike Rothweiler; Robert Bobrowski
**Subject:** Shipments made to Janice Keen
**Importance:** High

Debbie –

Below are all the shipments that Janice has received YTD, per Jeni Harkrader - Project Leader, Commercial Promotional Services at Teva in KC.

- The 4 shipments that were > 20 lbs. are highlighted.
- These packages were shipped by FedEx.
    - Per the supplier, "The package weight would be printed on the Fed Ex label- in the upper right hand corner of the label".

Let me know if you need me to get any additional information.

Matt

| placed | source | creator | shipped | delivered | weight (Lbs) |
| --- | --- | --- | --- | --- | --- |
| 2015-01-20 | SUPERUSER | Mittendorf, Vanessa | 22-Jan | | 1.95 |
| 2015-01-20 | SUPERUSER | Mittendorf, Vanessa | 22-Jan | | 20.05 |
| | | | 23-Jan | 27-Jan | 5 |
| 2015-01-28 | SUPERUSER | Goth, Vicki | 29-Jan | | 5.7 |
| 2015-01-28 | SUPERUSER | Ornes, Gus | 30-Jan | | 4.9 |
| 2015-02-02 | SUPERUSER | Ogren, Christy | 2-Feb | | 24.2 |
| 2015-02-02 | SUPERUSER | Ogren, Christy | 2-Feb | | 24.2 |
| 2015-02-02 | SUPERUSER | Ogren, Christy | 2-Feb | | 14 |
| | | | 2-Feb | 4-Feb | 6 |

| | | | | | |
|---|---|---|---|---|---|
| 2015-02-03 | SUPERUSER | Ogren, Christy | 3-Feb | | 5.95 |
| 2015-02-03 | SUPERUSER | Ogren, Christy | 3-Feb | | 5.95 |
| 2015-02-03 | SUPERUSER | Ogren, Christy | 3-Feb | | 5.95 |
| 2015-02-03 | SUPERUSER | Ogren, Christy | 3-Feb | | 5.95 |
| 2015-02-03 | SUPERUSER | Ogren, Christy | 3-Feb | | 5.95 |
| 2015-02-10 | INHOUSE | Meagher, Sheila | 10-Feb | | 1.5 |
| | | | 16-Feb | 19-Feb | 19 |
| 2015-02-16 | SUPERUSER | Miltendorf, Vanessa | 17-Feb | | 0.65 |
| 2015-02-20 | SUPERUSER | Goth, Vicki | 23-Feb | | 5.2 |
| 2015-02-20 | SUPERUSER | Goth, Vicki | 23-Feb | | 20.8 |
| | | | 27-Feb | | 31 |
| 2015-03-06 | SUPERUSER | Ogren, Christy | 6-Mar | | 7.55 |
| 2015-03-16 | SUPERUSER | Ornes, Gus | 16-Mar | | 3.95 |
| | | | 23-Mar | 25-Mar | 12 |
| 2015-05-14 | INHOUSE | Burgess, Jenny | 15-May | | 1.6 |
| 2015-05-14 | SUPERUSER | Harkrader, Jeni | 18-May | | 4.65 |

**TEVA**  **Matthew Muller**  Central Area Sales Director – NeuroPsych
Cell: 317.550.8464
matthew.muller@tevapharm.com

Mike
I'll let you take this one
Rob

Rob Bobrowski - Sr. Director HR - Specialty Medicines
Office- 610-786-7015 | Cell-610-457-5328
<image002.png>

**From:** Debbie Smith (External) [mailto:dsmith@scottins.com]
**Sent:** Tuesday, May 19, 2015 4:47 PM
**To:** Robert Bobrowski; Mike Rothweiler
**Subject:** Keen

Rob and Mike

Further to counsel discussion yesterday can you please track the shipments made to her home in February/March and any information that would suggest the size/weight/ and product delivered.

Thanks!

**Debbie Smith**   <image005.jpg>
Risk Performance
1700 Bayberry Ct. Ste. 200
Richmond, VA 23226
Phone 804-545-2220
Fax 434-455-8948
www.scottins.com
<image003.jpg>

Scott Risk Performance, a division of James A. Scott & Son, Inc.
<image006.jpg>