# ACORD® CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 03/01/2011

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed.  If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Aon Risk Services Central Inc.
Philadelphia PA Office
One Liberty Place, 1650 Market Street
Philadelphia, PA  19103  USA

CONTACT NAME:
PHONE (A/C, No, Ext): (800) 283-7122
FAX (A/C, No): (847) 953-5390
E-MAIL ADDRESS:
PRODUCER CUSTOMER ID #: 10061255

**INSURED**
Cephalon Inc.
Attn:  Christina Reisinger
41 Moores Road
Frazier, PA  19355  USA

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Travelers Property Cas Co of America | 25674 |
| INSURER B : Phoenix Ins. Co. | 25623 |
| INSURER C : St. Paul Fire & Marine Insurance Co. | 24767 |
| INSURER D : Illinois Union Insurance Company | 27960 |
| INSURER E : | |
| INSURER F : | |

**COVERAGES**  CERTIFICATE NUMBER:  REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| B | **GENERAL LIABILITY** [X] COMMERCIAL GENERAL LIABILITY [ ] CLAIMS-MADE [ ] OCCUR  GEN'L AGGREGATE LIMIT APPLIES PER: [ ] POLICY [ ] PROJECT [ ] LOC | | | 6608834P717 | 03/01/2011 | 03/01/2012 | EACH OCCURRENCE DAMAGE TO RENTED PREMISES (Ea occurrence) MED EXP (Any one person) PERSONAL & ADV INJURY GENERAL AGGREGATE PRODUCTS - COMP/OP AGG | $ 1,000,000 $ 1,000,000 $ 10,000 $ 1,000,000 $ 2,000,000 $ EXCLUDED |
| A | **AUTOMOBILE LIABILITY** [X] ANY AUTO [ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS [ ] HIRED AUTOS [ ] NON-OWNED AUTOS | | | TC2J-CAP-823K2202-TIL-11 | 03/01/2011 | 03/01/2012 | COMBINED SINGLE LIMIT (Ea accident) BODILY INJURY (Per person) BODILY INJURY (Per accident) PROPERTY DAMAGE (Per accident) | $ 2,000,000 $ $ $ $ $ |
| C | [X] UMBRELLA LIAB  [X] OCCUR  [ ] EXCESS LIAB  [ ] CLAIMS-MADE  [ ] DEDUCTIBLE  [X] RETENTION $ 10,000 | | | QK06401563 | 03/01/2011 | 03/01/2012 | EACH OCCURRENCE AGGREGATE | $ 25,000,000 $ 25,000,000 $ $ |
| B | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? Y/N  N   N/A (Mandatory in NH) If yes, describe under SPECIAL PROVISIONS below | | | TC2NUB823K2404-11 Workers Comp - AOS TRJ-UB-823K2195-11 | 03/01/2011 | 03/01/2012 | [X] WC STATU-TORY LIMITS  [ ] OTH-ER E.L. EACH ACCIDENT E.L. DISEASE - EA EMPLOYEE E.L. DISEASE - POLICY LIMIT | $ 1,000,000 $ 1,000,000 $ 1,000,000 |
| D | Product Liability | | | G23852305003 | 05/01/2010 | 05/01/2011 | Aggregate Limit: $10,000,000 Each Occurrence Limit: $10,000,000 | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES**  (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
Evidence of Coverage.

**CERTIFICATE HOLDER**

Cephalon Inc.
41 Moores Avenue
Frazer, PA  19355  USA

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**

Aon Risk Services Central Inc.

© 1988- 2009 ACORD CORPORATION.  All rights reserved.
ACORD 25 (2009/09)   The ACORD name and logo are registered marks of ACORD

**EXHIBIT G**